UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Debra L. Goettsche Bower, as Trustee of the Robert H. Bower Trust Agreement dated May 4, 1987, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MetLife, Inc. and Metropolitan Life Insurance Company,<br><br>    Defendants. | Case No.: 09-cv-351<br>Beckwith, J.<br>Bowman, M.J.<br><br><br>Order |

**ORDER**

AND NOW, this 5 day of January, 2012, upon consideration of Defendants' Unopposed Motion to Redact Transcript, and brief in support thereof, it is hereby ORDERED and DECREED that the Motion is GRANTED.

BY THE COURT:

*Stephanie K Bowman*
Hon. Stephanie K. Bowman, U.S.M.J.